```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------x

AVNON ISAHAKOV,

                    Plaintiff,           MEMORANDUM & ORDER
                                         23-CV-2121(EK)(LB)
          -against-

BURLINGTON COAT FACTORY
WAREHOUSE CORPORATION,
 d/b/a BURLINGTON COAT FACTORY,

                    Defendant.

--------------------------------------x
```

ERIC KOMITEE, United States District Judge:

The Court has received Magistrate Judge Bloom's Report and Recommendation (R&R) dated May 9, 2023. ECF No. 6. Judge Bloom recommends that I remand this action to the Supreme Court of the State of New York, Kings County, for lack of subject matter jurisdiction. Neither party has filed objections, and the time to do so has expired. Accordingly, the Court reviews Judge Bloom's recommendation for clear error on the face of the record. *See* Advisory Comm. Notes to Fed. R. Civ. P. 72(b); *accord* State *Farm Mut. Auto. Ins. Co. v. Grafman*, 968 F. Supp. 2d 480, 481 (E.D.N.Y. 2013). Having reviewed the record, I find no clear error and therefore adopt the R&R in its entirety. Thus, this action is remanded to state court. The Clerk of

Court is respectfully directed to return the file to the state court and close the case.

    SO ORDERED.

                                             /s/ Eric Komitee
                                          ERIC KOMITEE
                                          United States District Judge

Dated:    May 30, 2023
            Brooklyn, New York